# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFF GRANT,<br><br>         Plaintiff,<br><br>    v.<br><br>FLUOR FEDERAL GLOBAL PROJECTS, INC.,<br><br>         Defendant.<br>_____/ | **CASE NO. 1:13-mc-00018-SKO**<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION**<br><br>**(Docket Nos. 1, 11)** |

On May 13, 2013, Defendant Fluor Federal Global Projects, Inc. ("Defendant") filed a Petition for an Ex Parte Application for an Order Quashing Plaintiff Cliff Grant's ("Plaintiff") Subpoenas to Occucare and Occumed.  (Doc. 1.)  On May 28, 2013, Defendant filed a Notice of Withdrawal of Ex Parte Application, indicating that issues raised in the Application to Quash Subpoenas were now moot and withdrawing the Petition. (Doc. 11.)

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court administratively close this action.

IT IS SO ORDERED.

Dated:   **May 29, 2013**                             **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

1